IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. GOODMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>SPANSION INC.,<br><br>    Defendant / | No. C-07-1346 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO FILE COPY OF PATENT** |

Before the Court is plaintiff's complaint, filed March 7, 2007.[1]

In his complaint, plaintiff alleges that he is the owner of U.S. Patent No. 6,243,315 ("the '315 Patent"), and that defendant is infringing "at least claim 1 of the '315 Patent." (See Compl. ¶¶ 7, 9.) Plaintiff further alleges that a "copy of the '315 Patent is attached [to the Complaint] as Exhibit A." (See Compl. 6.) The Complaint, however, does not have an exhibit attached thereto.

Accordingly, plaintiff is hereby DIRECTED to file, no later than May 4, 2007, a copy of the '315 Patent.

**IT IS SO ORDERED.**

Dated: April 26, 2007

                                            MAXINE M. CHESNEY
                                            United States District Judge

---

[1] The action was reassigned to the undersigned on April 18, 2007.