1   DAVID FINK (*pro hac vice*)
    7519 Apache Plume
2   Houston, TX 77071
    Tel.    (713) 729-4991
3   Fax.    (713) 729-4951
    Email: litigation@houston.rr.com
4
    DUNCAN M. MCNEILL (SBN 136416)
5   1514 Van Dyke Avenue
    San Francisco, CA 94124
6   Tel.    (415) 5063
    Email: dmcneill@netzero.net
7   Attorneys for Plaintiff ,
    JAMES B. GOODMAN
8
    MICHAEL J. BETTINGER (SBN 122196)
9   ANUP TIKKU (SBN 184612)
    K&L GATES
10  55 Second Street, STE 1700
    San Francisco, CA 94105
11  Tel. (415) 882-8200
    Fax. (415) 882-8220
12  Email: mike.bettinger@klgates.com

13

14                       UNITED STATES DISTRICT COURT

15                       NORTHERN DISTRICT OF CALIFORNIA

16  JAMES B. GOODMAN,                  )   CASE NO.  CV-07-1346 (MMC)
                                       )
17              Plaintiff,             )
                                       )   **JOINT NOTICE OF INTENT TO**
18       v.                            )   **SETTLE AND STIPULATED ORDER**
                                       )   **VACATING DATES**
19  SPANSION INC.                      )
                                       )
20              Defendant.             )
    _____)
21                                     )

22

23          The parties respectfully inform the Court that they have reached an agreement in

    principle to settle the case.
24

25

26

27                                              JAMES B. GOODMAN V. SPANSION INC.
                                  JOINT NOTICE OF INTENT TO SETTLE AND [PROPOSED] ORDER VACATING DATES
                                                   CASE NO. CV-07-1346 (MMC)
28                                      1

1        In view of the agreement by the parties, the parties stipulate that all dates

2  currently set be vacated.  The parties intend to file their stipulated motion for dismissal

3  within thirty days of this Notice.

4

5  Dated.: May 7, 2007                                    JAMES B. GOODMAN

6                                                         /s/David Fink
                                                          DAVID FINK (*pro hac vice*)
7

8

9  Dated: May 7, 2007                                     SPANSION INC.

10                                                        /s/Michael J. Bettinger
                                                          MICHAEL J. BETTINGER
11

12         PURSUANT TO THE STIPULATION HEREIN, IT IS SO ORDERED.

13

14  Date: May 9, 2007

15                                               DISTRICT JUDGE MAXINE M. CHESNEY

16

17

18

19

20

21

22

23

24

25

26

27                                          JAMES B. GOODMAN V. SPANSION INC.
                        JOINT NOTICE OF INTENT TO SETTLE AND [PROPOSED] ORDER VACATING DATES
                                                    CASE NO. CV-07-1346 (MMC)
28                                          2