1  DUNCAN M. MCNEILL (Fed. Bar No. 136416)
   1514 Van Dyke Avenue
2  San Francisco, CA 94124
   Phone: (415) 752-5063
3  Fax:   (415) 752-5063
   dmcneill@netzero.com
4
   David Fink (*pro hac vice*)
5  Fink & Johnson
   7519 Apache Plume
6  Houston, TX 77071
   Phone: (713) 729-4991
7  Fax:   (713) 729-4951
   litigation@houston.rr.com
8
   Attorneys for Plaintiff
9  JAMES B. GOODMAN

10

11 MICHAEL J. BETTINGER (State Bar No. 122196)
   ANUP TIKKU (State Bar No. 184612)
12 K&L GATES
   55 Second Street, Suite 1700
13 San Francisco, CA 94105
   Phone: (415) 882-8200
14 Fax:   (415) 882-8220
   mike.bettinger@klgates.com
15 anup.tikku@klgates.com

16 Attorneys for Defendant
   SPANSION INC.

17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                           SAN JOSE DIVISION

21

22 JAMES B. GOODMAN                    Case No. C 07-1346 (MMC)

23                      Plaintiff,     **STIPULATION AND ORDER OF**
                                       **DISMISSAL WITH PREJUDICE**
24      v.

25 SPANSION INC.

26                      Defendant.

27

28

**STIPULATION**

Plaintiff James B. Goodman and Defendant Spansion Inc., by and through their counsel of record, hereby stipulate to dismissal of the entire action, with prejudice, both parties to bear their own costs.

Dated:  May 31, 2007     /S/ David Fink
                          David Fink
                          Attorney for Plaintiff
                          JAMES B. GOODMAN

Dated:  May 31, 2007     /S/ Michael J. Bettinger
                          Michael J. Bettinger
                          Attorney for Defendant
                          SPANSION INC.

**ORDER**

Good cause appearing, therefore, the Court hereby orders that this action be dismissed with prejudice, both parties to bear their own costs, and the file closed.

IT IS SO ORDERED.

Dated: May 31, 2007     _____
                          United States District Court Judge

K:\52392\00013\AT\AT__P20BP

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE
Case No. C 07-1346 (MMC)

-2-

PRINTED ON RECYCLED PAPER